# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BANK POLICY INSTITUTE, OHIO CHAMBER OF COMMERCE, OHIO BANKERS LEAGUE, AMERICAN BANKERS ASSOCIATION and CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>   v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>        Defendant. | Case No. 2:24-cv-04300<br>District Judge Edmund A. Sargus<br>Magistrate Judge Chelsey M. Vascura |

## NOTICE OF WITHDRAWAL FOR ATTORNEY TYLER S. BADGLEY

Pursuant to Rule 83.4(b) of the Local Rules for the Southern District of Ohio, Attorney Tyler S. Badgley hereby files this notice of withdrawal as counsel for Plaintiff Chamber of Commerce of the United States of America.  Mr. Badgley has complied with the requirements of 83.4(b), and Mr. Badgley's withdrawal will cause no delays as the Chamber of Commerce of the United States of America will continue to be represented by Mariel A. Brookins of the U.S. Chamber Litigation Center and Eugene Scalia, Matthew Steven Gregory, Max Elias Schulman, Giuliana Carozza Cipollone, and Olivia Goldberg of Gibson, Dunn & Crutcher LLP.

Date: January 16, 2025

                                           */s/ Tyler S. Badgley*

Tyler S. Badgley (admitted *pro hac vice*)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
Telephone:     (202) 463-5337
TBadgley@uschamber.com

*Withdrawing Attorney for Chamber of Commerce of the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, a true and correct copy of the foregoing was filed with the Court using the Court's electronic filing system, and caused to be served upon the following via certified U.S. mail:

Kenneth L. Parker, in his official capacity as U.S. Attorney for the Southern District of Ohio
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551

Merrick Garland, in his official capacity as Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

/s/ Tyler S. Badgley

Tyler S. Badgley (admitted *pro hac vice*)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
Telephone: (202) 463-5337
TBadgley@uschamber.com

*Withdrawing Attorney for Chamber of Commerce of the United States of America*

3