# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**BANK POLICY INSTITUTE, et al.,**

    **Plaintiffs,**

    v.

**BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,**

    **Defendant.**

Case No. 2:24-cv-4300
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

The undersigned judge hereby recuses himself from the above case. The Clerk of Courts shall reassign the case to another judge by random draw.

    **IT IS SO ORDERED.**

**Date: 2/4/2025**

    **s/Edmund A. Sargus, Jr.**
    **EDMUND A. SARGUS, JR., JUDGE**
    **UNITED STATES DISTRICT JUDGE**