IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **BANK POLICY INSTITUTE, et al.,** | : |
| Plaintiffs, | : Case No. 2:24-cv-04300 |
| v. | : Judge Algenon L. Marbley |
| **BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,** | : Magistrate Judge Chelsey M. Vascura |
| Defendant. | : |

## ORDER

The Amended Joint Motion To Set Case And Briefing Schedule (ECF No. 34) is hereby **GRANTED.**[1] The Court **ORDERS** that the case and briefing schedule be set as follows:

- The Board will certify a list of the contents of the administrative record by **March 7, 2025**.

- Plaintiffs will move for summary judgment by **March 21, 2025**, and file a brief of no more than 45 pages.

- The Board will move for summary judgment and oppose Plaintiffs' motion by **April 29, 2025**, and file a consolidated brief of no more than 60 pages.

- Plaintiffs will file a consolidated opposition and reply brief of no more than 45 pages by **May 27, 2025**.

- The Board will file a reply brief of no more than 30 pages by **June 17, 2025**.

---

[1] Parties initially filed the Joint Motion To Set Case And Briefing Schedule on February 3, 2025 (the "First Motion"). (ECF No. 31). On February 7, 2025, Parties filed this Amended Motion to include a proposed order, but the Amended Motion was "otherwise substantively unchanged" from the First Motion. (ECF No. 34 at 1). As such, the First Motion (ECF No. 31) is **DENIED AS MOOT**.

2

In addition, the Court **ORDERS** the suspension of: (1) the Board's obligation to file an answer to the Complaint; (2) the parties' obligation to file a report under Rule 26(f); and (3) the requirement to file statements of undisputed material fact alongside motions for summary judgment.

**IT IS SO ORDERED.**

DATED: February 13, 2025

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**