# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BANK POLICY INSTITUTE et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:24-cv-04300-ALM-CMV |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) |
| Defendant. | ) |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Ann E. Misback, Secretary of the Board of Governors of the Federal Reserve System ("Board"), hereby certify that the documents listed below constitute the administrative record of the Board's 2019 and 2020 actions regarding annual stress tests at issue in the above-captioned litigation (84 Fed. Reg. 6651 (Feb. 28, 2019), 84 Fed. Reg. 6664 (Feb. 28, 2019), 84 Fed. Reg. 6784 (Feb. 28, 2019), and 85 Fed. Reg. 15576 (Mar. 18, 2020)).

Dated: March 7, 2025

_____
Ann E. Misback
Secretary of the Board

| Item No. | Related Fed Reg Notice | Bates Start | Bates End | Date | Name |
|---|---|---|---|---|---|
| | | | | | **2:24-cv-04300 Administrative Record Index - Stress Testing** |
| | | | | | **Final Federal Register Notices** |
| 1 | | FRB-AR-00001 | FRB-AR-00030 | 2020-03-18 | 2020-03-18 Final Rule, Regulations Q, Y, and YY: Regulatory Capital, Capital Plan, and Stress Test Rules, 85 FR 15576 ("15576") (Docket No. R-1603) |
| 2 | | FRB-AR-00031 | FRB-AR-00034 | 2019-02-28 | 2019-02-28 Final Notification, Enhanced Disclosure of the Models Used in the Federal Reserve's Supervisory Stress Test, 84 FR 6784 ("6784") (Docket No. OP-1651) |
| 3 | | FRB-AR-00035 | FRB-AR-00042 | 2019-02-28 | 2019-02-28 Final Rule, Stress Testing Policy Statement, 84 FR 6664 ("6664") (Docket No. R-1649) |
| 4 | | FRB-AR-00043 | FRB-AR-00056 | 2019-02-28 | 2019-02-28 Final Rule, Amendments to Policy Statement on the Scenario Design Framework for Stress Testing, 84 FR 6651 ("6651") (Docket No. R-1650) |
| | | | | | **Proposed Rules, Notification and Notice of Proposed Rulemaking - Federal Register Notices** |
| 5 | 15576 | FRB-AR-00057 | FRB-AR-00085 | 2018-04-25 | 2018-04-25 Notice of Proposed Rulemaking with Request for Comment, Amendments to the Regulatory Capital, Capital Plan, and Stress Test Rules, 83 FR 18160 ("18160") (Docket No. R-1603) |
| 6 | 6784 | FRB-AR-00086 | FRB-AR-00094 | 2017-12-15 | 2017-12-15 Notification with Request for Public Comment, Enhanced Disclosure of the Models Used in the Federal Reserve's Supervisory Stress Test, 82 FR 59547 ("59547") (Docket No. OP-1586) |
| 7 | 6664 | FRB-AR-00095 | FRB-AR-00100 | 2017-12-15 | 2017-12-15 Proposed Rule, Policy Statement with Request for Public Comment, Stress Testing Policy Statement, 82 FR 59528 ("59528") (Docket No. OP-1587) |
| 8 | 6651 | FRB-AR-00101 | FRB-AR-00115 | 2017-12-15 | 2017-12-15 Proposed Rule, Policy Statement with Request for Public Comment, Policy Statement on the Scenario Design Framework for Stress Testing, 82 FR 59533 ("59533") (Docket No. OP-1588) |
| | | | | | **Federal Register Notices - Public Comments** |
| 9 | 6651 | FRB-AR-00116 | FRB-AR-00116 | 2018-11-02 | 2018-11-02 Darrell Kifer, OP 1588 |
| 10 | 15576 | FRB-AR-00117 | FRB-AR-00124 | 2018-10-05 | 2018-10-05 Better Markets, Dennis Kelleher, R-1603 |
| 11 | 15576 | FRB-AR-00125 | FRB-AR-00133 | 2018-06-25 | 2018-06-25 Wells Fargo, Neal Blinde, R-1603 |
| 12 | 15576 | FRB-AR-00134 | FRB-AR-00136 | 2018-06-25 | 2018-06-25 UBS, Tom Naratil, R-1603 |
| 13 | 15576 | FRB-AR-00137 | FRB-AR-00137 | 2018-06-25 | 2018-06-25 Tinee Carraker, R-1603 |
| 14 | 15576 | FRB-AR-00138 | FRB-AR-00187 | 2018-06-25 | 2018-06-25 The Clearing House, David Wagner, R-1603 |
| 15 | 15576 | FRB-AR-00188 | FRB-AR-00197 | 2018-06-25 | 2018-06-25 State Street, Stefon Gavell, R-1603 |
| 16 | 15576 | FRB-AR-00198 | FRB-AR-00201 | 2018-06-25 | 2018-06-25 Regions Financial Corp, Deron Smithy |
| 17 | 15576 | FRB-AR-00202 | FRB-AR-00217 | 2018-06-25 | 2018-06-25 Morgan Stanley, Jonathan Pruzan, R-1603 |
| 18 | 15576 | FRB-AR-00218 | FRB-AR-00223 | 2018-06-25 | 2018-06-25 JPMorgan, Marianne Lake, R-1603 |
| 19 | 15576 | FRB-AR-00224 | FRB-AR-00240 | 2018-06-25 | 2018-06-25 IIB, Briget Polichene, R-1603 |
| 20 | 15576 | FRB-AR-00241 | FRB-AR-00268 | 2018-06-25 | 2018-06-25 Goldman Sachs, Brian Lee, R-1603 |
| 21 | 15576 | FRB-AR-00269 | FRB-AR-00280 | 2018-06-25 | 2018-06-25 FSF, Kevin Fromer, R-1603 |
| 22 | 15576 | FRB-AR-00281 | FRB-AR-00296 | 2018-06-25 | 2018-06-25 Credit Suisse, Eric Varvel, R-1603 |
| 23 | 15576 | FRB-AR-00297 | FRB-AR-00306 | 2018-06-25 | 2018-06-25 Committee on Capital Markets, Jon Thornton |
| 24 | 15576 | FRB-AR-00307 | FRB-AR-00310 | 2018-06-25 | 2018-06-25 Citigroup, John Gerspach, R-1603 |
| 25 | 15576 | FRB-AR-00311 | FRB-AR-00326 | 2018-06-25 | 2018-06-25 Better Markets, Dennis Kellehar, R-1603 |
| 26 | 15576 | FRB-AR-00327 | FRB-AR-00331 | 2018-06-25 | 2018-06-25 BB&T, Discover, Third Bancorp, etc. |
| 27 | 15576 | FRB-AR-00332 | FRB-AR-00336 | 2018-06-25 | 2018-06-25 Bank of America, Paul Donofrio, R-1603 |
| 28 | 15576 | FRB-AR-00337 | FRB-AR-00345 | 2018-06-25 | 2018-06-25 American Express, David Yowan, R-1603 |
| 29 | 15576 | FRB-AR-00346 | FRB-AR-00351 | 2018-06-25 | 2018-06-25 AFR, Marcus Stanley |
| 30 | 15576 | FRB-AR-00352 | FRB-AR-00363 | 2018-06-25 | 2018-06-25 ABA, Hugh Carney |
| 31 | 15576 | FRB-AR-00364 | FRB-AR-00370 | 2018-06-21 | 2018-06-21 BB&T, Daryl Bible, R-1603 |
| 32 | 15576 | FRB-AR-00371 | FRB-AR-00373 | 2018-06-18 | 2018-06-18 AAF, Douglas Holtz-Eakin, R-1603 |
| 33 | 15576 | FRB-AR-00374 | FRB-AR-00382 | 2018-05-29 | 2018-05-29 SIFMA, Timothy Cameron, R-1603 |
| 34 | 15576 | FRB-AR-00383 | FRB-AR-00384 | 2018-05-24 | 2018-05-24 CMC, Kevin Batteh, R-1603 |
| 35 | 15576 | FRB-AR-00385 | FRB-AR-00426 | 2018-05-21 | 2018-05-21 FIA, Walter Lukken, R-1603 |
| 36 | 15576 | FRB-AR-00427 | FRB-AR-00433 | 2018-04-23 | 2018-04-23 Katz Capital, Ben Katz, R-1603 |
| 37 | 6651, 6664, 6784 | FRB-AR-00434 | FRB-AR-00452 | 2018-02-02 | 2018-02-02 AFR, Marcus Stanley, OP-1586, OP-1587, OP-1588 |
| 38 | 6651, 6664, 6784 | FRB-AR-00453 | FRB-AR-00479 | 2018-01-22 | 2018-01-22 The Clearing House, Gregory Baer, OP-1586, OP-1587, OP-1588 |
| 39 | 6651, 6664, 6784 | FRB-AR-00480 | FRB-AR-00484 | 2018-01-22 | 2018-01-22 State Street, John Slyconish, OP-1586, OP-1587, OP-1588 |
| 40 | 6651, 6664, 6784 | FRB-AR-00485 | FRB-AR-00489 | 2018-01-22 | 2018-01-22 Money and Banking, Stephen Cecchetti, OP-1586, OP-1587, OP-1588 |
| 41 | 6651, 6664, 6784 | FRB-AR-00490 | FRB-AR-00494 | 2018-01-22 | 2018-01-22 IBC, Julie Tarvin, OP-1586 |

## 2:24-cv-04300 Administrative Record Index - Stress Testing

| Item No. | Related Fed Reg Notice | Bates Start | Bates End | Date | Name |
|---|---|---|---|---|---|
| 42 | 6651, 6664, 6784 | FRB-AR-00495 | FRB-AR-00503 | 2018-01-22 | 2018-01-22 FSR, Richard Foster, OP-1586, OP-1587, OP-1588 |
| 43 | 6651, 6784 | FRB-AR-00504 | FRB-AR-00514 | 2018-01-22 | 2018-01-22 CreditSuisse, Eric Varvel, OP-1586, OP-1588 |
| 44 | 6651, 6664, 6784 | FRB-AR-00515 | FRB-AR-00523 | 2018-01-22 | 2018-01-22 Center for Capital Markets, Tom Quaadman, OP-1586, OP-1587, OP-1588 |
| 45 | 6651, 6664, 6784 | FRB-AR-00524 | FRB-AR-00532 | 2018-01-22 | 2018-01-22 Better Markets, Dennis Kelleher, OP-1586, OP-1587, OP-1588 |
| 46 | 6651, 6664, 6784 | FRB-AR-00533 | FRB-AR-00540 | 2018-01-22 | 2018-01-22 ABA, Hugh Carney |
| 47 | 6651, 6664, 6784 | FRB-AR-00541 | FRB-AR-00544 | 2018-01-19 | 2018-01-19 Public Citizen, Bartlett Naylor, OP-1586, OP-1587, OP-1588 |
| 48 | 6651, 6664, 6784 | FRB-AR-00545 | FRB-AR-00552 | 2018-01-19 | 2018-01-19 Committee on Capital Market Regulation, Glen Hubbard, OP-1586, OP-1587, OP-1588 |
| | | | | | **Meeting Summaries** |
| 49 | 15576 | FRB-AR-00553 | FRB-AR-00553 | 2019-11-22 | 2019-11-22 Meeting between FRB and Federal Advisory Council |
| 50 | 15576 | FRB-AR-00554 | FRB-AR-00555 | 2019-06-20 | 2019-06-20 Meeting between FRB and Charles Schwab |
| 51 | 15576 | FRB-AR-00556 | FRB-AR-00557 | 2019-01-07 | 2019-01-07 Meeting between FRB and Americans for Financial Reform meeting |
| 52 | 15576 | FRB-AR-00558 | FRB-AR-00558 | 2018-09-25 | 2018-09-25 Meeting between FRB and Institute of International Bankers |
| 53 | 6651, 6664, 6784, 15576 | FRB-AR-00559 | FRB-AR-00559 | 2018-09-07 | 2018-09-07 Meeting between FRB and Federal Advisory Council (Stress Testing Proposals) |
| 54 | 15576 | FRB-AR-00560 | FRB-AR-00560 | 2018-09-07 | 2018-09-07 Meeting between FRB and Federal Advisory Council (Stress Capital Buffer) |
| 55 | 15576 | FRB-AR-00561 | FRB-AR-00561 | 2018-08-09 | 2018-08-09 Meeting between FRB and Securities Industry and Financial Markets Association |
| 56 | 15576 | FRB-AR-00562 | FRB-AR-00562 | 2018-08-02 | 2018-08-02 Meeting between FRB and Shelia Blair |
| 57 | 15576 | FRB-AR-00563 | FRB-AR-00563 | 2018-06-21 | 2018-06-21 Meeting between FRB and 6 organizations |
| | | | | | **Other Materials** |
| 58 | 6784 | FRB-AR-00564 | FRB-AR-00567 | | FRB, Typical Risk Loans (undated) https://www.federalreserve.gov/newsevents/pressreleases/files/TypicalRisk.csv |
| 59 | 6784 | FRB-AR-00568 | FRB-AR-00572 | | FRB, Lower than Average Risk Loans (undated) https://www.federalreserve.gov/newsevents/pressreleases/files/LowerRisk.csv |
| 60 | 6784 | FRB-AR-00573 | FRB-AR-00576 | | FRB, Higher than Average Risk Loans (undated) https://www.federalreserve.gov/newsevents/pressreleases/files/HigherRisk.csv |
| 61 | 6664 | FRB-AR-00577 | FRB-AR-00579 | | FRB, "Capital Assessments and Stress Testing (FR Y-14)" (2011-2024) https://www.federalreserve.gov/apps/reportingforms/Report/Index/FR_Y-14Q |
| 62 | 15576 | FRB-AR-00580 | FRB-AR-00586 | | FRB, List of LISCC portolio firms as of the date of the NPR "Large Institution Supervision Coordinating Committee" https://www.federalreserve.gov/bankinforeg/large-institution-supervision.htm |
| 63 | 6651, 6664, 6784, 15576 | FRB-AR-00587 | FRB-AR-00587 | | FRB, CCAR Public Site (CCARs 2011-2021), Representative Data https://www.federalreserve.gov/supervisionreg/ccar-by-year.htm |
| 64 | 15576 | FRB-AR-00588 | FRB-AR-00603 | 2020-02-19 | 2020-02-19 FRB, Staff memo re Draft final rule regarding the stress capital buffer |
| 65 | 15576 | FRB-AR-00604 | FRB-AR-00695 | 2019-11-01 | 2019-11-01 FRS, Prudential Standards for Large Bank Holding Companies, Savings and Loan Holding Companies, and Foreign Banking Organizations, 84 FR 59032 |
| 66 | 15576 | FRB-AR-00696 | FRB-AR-00742 | 2019-07-22 | 2019-07-22 FRS, Regulatory Capital Rule: Simplifications to the Capital Rule Pursuant to the Economic Growth and Regulatory Paperwork Reduction Act of 1996, 84 FR 35234 |
| 67 | 15576 | FRB-AR-00743 | FRB-AR-00763 | 2019-07-18 | 2019-07-18 SBA, Small Business Size Standards: Adjustment of Monetary-Based Size Standards for Inflation, 84 FR 34261 |
| 68 | 15576 | FRB-AR-00764 | FRB-AR-00767 | 2019-07-12 | 2019-07-12 FRS St. Louis, "An Empirical Economic Assessment of the Costs and Benefits of Bank Capital in the United States" |
| 69 | 15576 | FRB-AR-00768 | FRB-AR-00853 | 2019-03-01 | 2019-03-01 FRB, Dodd-Frank Act Stress Test 2019: Supervisory Stress Test Methodology |
| 70 | 6651, 6784, 6664, 15576 | FRB-AR-00854 | FRB-AR-00855 | 2019-02-05 | 2019-02-05 FRB, Press Release, "Federal Reserve Board Finalizes set of changes that will increase the transparency of its stress testing program for nation's larges and most complex banks" |
| 71 | 15576 | FRB-AR-00856 | FRB-AR-00857 | 2018-12-21 | 2018-12-21 FRB, "Statement on the current expected credit loss methodology (CECL) and stress testing" |
| 72 | 6651, 6664 | FRB-AR-00858 | FRB-AR-00859 | 2018-07-06 | 2018-07-06 FRB, FDIC, OCC, Joint Press Release, "Agencies issue statement regarding the impact of the Economic Growth, Regulatory Relief, and Consumer Protection Act" |
| 73 | 6651, 6664 | FRB-AR-00860 | FRB-AR-00863 | 2018-07-06 | 2018-07-06 FRB, FDIC, OCC, Joint Press Release Interagency Statement, "Interagency statement regarding the impact of the Economic Growth, Regulatory Relief, and Consumer Protection Act (EGRRCPA) (attachment to 2018-07-06 Press Release) |
| 74 | 6651, 6664 | FRB-AR-00864 | FRB-AR-00937 | 2018-05-24 | 2018-05-24 EGRRCPA (Economic Growth, Regulatory Relief, and Consumer Protection Act), Pub. L. No. 115-174, 132 Stat. 1296 |
| 75 | 6664 | FRB-AR-00938 | FRB-AR-00955 | 2018-04-05 | 2018-04-05 FRB, Staff memo re Proposed rule regarding the stress buffer requirements |
| 76 | 15576 | FRB-AR-00956 | FRB-AR-00956 | 2017-12-01 | 2017-12-01 FRB, Press Release, "Federal Reserve Board announces it has voted to affirm Countercyclical Capital Buffer (CCyB) at current level of 0 percent https://www.federalreserve.gov/newsevents/pressreleases/bcreg20171201a.htm |
| 77 | 6651 | FRB-AR-00957 | FRB-AR-00966 | 2017-05-05 | 2017-05-05 FRB, Bora Dudu et al., "Measuring the Severity of the Stress-Test Scenarios" |
| 78 | 6784 | FRB-AR-00967 | FRB-AR-00967 | 2017-03-09 | 2017-03-09 FRB, "Shared National Credit Program" www.federalreserve.gov/supervisionreg/snc.htm |

| | | | | | 2:24-cv-04300 Administrative Record Index - Stress Testing |
|---|---|---|---|---|---|
| Item No. | Related Fed Reg Notice | Bates Start | Bates End | Date | Name |
| 79 | 6651 | FRB-AR-00968 | FRB-AR-00993 | 2017-02-10 | 2017-02-10 FRB, Supervisory Scenarios for Annual Stress Tests Required under the Dodd-Frank Act Stress Testing Rules and the Capital Plan Rules https://www.federalreserve.gov/newsevents/pressreleases/files/bcreg20170203a5.pdf |
| 80 | 18160 | FRB-AR-00994 | FRB-AR-01016 | 2017-02-03 | 2017-02-03 FRS, Amendments to the Capital Plan and Stress Test Rules; Regulations Y and YY, 82 FR 9308 |
| 81 | 15576 | FRB-AR-01017 | FRB-AR-01307 | 2016-06-01 | 2016-06-01 FASB, Accounting Standards Update, 2016-13, Financial Instruments- Credit Losses (Topic 326):Measurement of Credit |
| 82 | 15576 | FRB-AR-01308 | FRB-AR-01344 | 2016-04-01 | 2016-04-01 Beverly Hirtle, "Bank Holding Company Dividends and Repurchases during the Financial Crisis" www.newyorkfed.org/medialibrary/media/research/staff_reports/sr666.pdf |
| 83 | 15576 | FRB-AR-01345 | FRB-AR-01379 | 2015-08-14 | 2015-08-14 FRS, Regulatory Capital Rules: Implementation of Risk-Based Capital Surcharges for Global Systemically Important Bank Holding Companies, 80 FR 49082 |
| 84 | 6664 | FRB-AR-01380 | FRB-AR-01411 | 2015-07-01 | 2015-07-01 Simon Firestone, et al., "Are Banks Internal Risk Parameters Consistent? Evidence from Syndicated Loans" |
| 85 | 15576 | FRB-AR-01412 | FRB-AR-01510 | 2014-03-27 | 2014-03-27 FRS, Enhanced Prudential Standards for Bank Holding Companies and Foreign Banking Organizations, 79 FR 17240 |
| 86 | 15576 | FRB-AR-01511 | FRB-AR-01570 | 2014-01-01 | 2014-01-01 Joan Farre-Mensa, et al., "Payout Policy" Robert Jarrow (Ed.) Annual Review of Financial Economics |
| 87 | 15576 | FRB-AR-01571 | FRB-AR-01574 | 2013-12-16 | 2013-12-16 FRB, Federal Reserve Independent Balance Sheet and RWA Projections |
| 88 | 6651 | FRB-AR-01575 | FRB-AR-01588 | 2013-11-29 | 2013-11-29 FRS, Policy Statement on the Scenario Design and Framework for Stress Testing, 78 FR 71435 |
| 89 | 6651 | FRB-AR-01589 | FRB-AR-01616 | 2013-11-01 | 2013-11-01 FRB, 2014 Supervisory Scenarios for Annual Stress Tests Required under the Dodd-Frank Act Stress Testing Rules and the Capital Plan Rules https://www.federalreserve.gov/bankinforeg/bcreg20131101a1.pdf |
| 90 | 6784 | FRB-AR-01617 | FRB-AR-01620 | 2013-03-19 | 2013-03-19 Til Schuermann, "The Fed's Stress Tests Add Risk to the Financial System", The Wall Street Journal https://www.wsj.com/articles/SB10001424127887324532004578362543899602754 |
| 91 | 6664 | FRB-AR-01621 | FRB-AR-01639 | 2012-10-12 | 2012-10-12 FRS, Supervisory and Company Run Stress Test Requirements for Covered Companies, 77 FR 62378 |
| 92 | 15576 | FRB-AR-01640 | FRB-AR-01913 | 2012-10-11 | 2012-10-11 FRS, Regulatory Capital Rules, etc., 78 FR 62018 |
| 93 | 6664 | FRB-AR-01914 | FRB-AR-01924 | 2012-01-25 | 2012-01-25 FSA, Results of 2011 Hypothetical Portfolio Exercise for Sovereigns, Banks and Large Corporates |
| 94 | 6784 | FRB-AR-01925 | FRB-AR-01956 | 2012-01-01 | 2012-01-01 Jon Frye and Michael Jacobs Jr., "Credit loss and systematic loss given default" - The Journal of Credit Risk (Spring 2012) https://www.risk.net/journal-credit-risk/2164245/credit-loss-and-systematic-loss-given-default |
| 95 | 6651 | FRB-AR-01957 | FRB-AR-01994 | 2011-12-01 | 2011-12-01 Rochelle M. Edge and Ralf R. Meisenzahl, "The Unreliability of Credit-to-GDP Ratio Gaps in Real Time: Implications for Countercyclical Capital Buffers" |
| 96 | 15576 | FRB-AR-01995 | FRB-AR-02012 | 2011-12-01 | 2011-12-01 FRS, Capital Plans, 76 FR 74631 |
| 97 | 15576 | FRB-AR-02013 | FRB-AR-02055 | 2011-03-01 | 2011-03-01 Viral V. Acharya, et al., "Dividends and Bank Capital in the Financial Crisis of 2007-2009" www.nber.org/papers/w16896 |
| 98 | 6651, 6664 | FRB-AR-02056 | FRB-AR-02068 | 2011-01-26 | 2011-01-26 Financial Stability Oversight Council, Authority to Require Supervision and Regulation of Certain Nonbank Financial Companies, 76 FR 4555 |
| 99 | 15576 | FRB-AR-02069 | FRB-AR-02093 | 2010-10-01 | 2010-10-01 Basel Committee on Banking Supervision, "Calibrating regulatory minimum capital requirements and capital buffers: a top-down approach" https://www.bis.org/publ/bcbs180.htm |
| 100 | 15576 | FRB-AR-02094 | FRB-AR-02162 | 2010-08-01 | 2010-08-01 Basel Committee on Banking Supervision, "An assessment of the long-term economic impact of stronger capital and liquidity requirements" |
| 101 | 15576 | FRB-AR-02163 | FRB-AR-02255 | 2003-01-01 | 2003-01-01 Franklin Allen, et al., "Payout Policy" Handbook of the Economics of Finance |