# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BANK POLICY INSTITUTE, OHIO CHAMBER OF COMMERCE, OHIO BANKERS LEAGUE, AMERICAN BANKERS ASSOCIATION and CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>Defendant. | Case No. 2:24-cv-04300<br>District Judge Algenon L. Marbley<br>Magistrate Judge Chelsey M. Vascura |

**Stipulation To Augment Record**

On March 7, 2025, Defendant the Board of Governors of the Federal Reserve System certified a list of documents in the administrative record for this litigation. ECF No. 38. The parties have met and conferred and stipulate to augmentation of the certified administrative record to include the additional documents listed below, which are submitted collectively as Exhibit 1 to this stipulation. The parties agree that the Court may consider these materials in resolving Plaintiffs' claims on the merits. This stipulation should not otherwise be construed as a waiver or forfeiture of any claims or defenses by any party.

**Additional Materials**

1. 2025 Stress Test Scenarios (Feb. 2025): https://www.federalreserve.gov/publications/files/2025-stress-test-scenarios-20250205.pdf

2. 2024 Large Bank Capital Requirements (August 2024): https://www.federalreserve.gov/publications/files/large-bank-capital-requirements-20240828.pdf

3. 2024 Stress Test Results (June 2024): https://www.federalreserve.gov/publications/files/2024-dfast-results-20240626.pdf

4. 2024 Supervisory Stress Test Methodology (March 2024): https://www.federalreserve.gov/publications/files/2024-march-supervisory-stress-test-methodology.pdf
5. 2024 Stress Test Scenarios (Feb. 2024): https://www.federalreserve.gov/publications/files/2024-stress-test-scenarios-20240215.pdf
6. The Clearing House Comment Letter on the Stress Testing Framework (Jeremy Newell) (Jan. 22, 2018)

Dated:  March 20, 2025

/s/ James A. King
James A. King (No. 0040270)
Trial Attorney
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800 - 3200
Columbus, OH 43215
Telephone:	(614) 227-2051
Facsimile:	(614) 227-2100
jking@porterwright.com

*Attorneys for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America*

/s/ Joshua P. Chadwick
Joshua P. Chadwick
   Assistant General Counsel, Trial Attorney
Nicholas Jabbour
Monika Moore
   Senior Counsels
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Attorneys for the Board of Governors of the Federal Reserve System*

Respectfully submitted,

/s/ Eugene Scalia
Eugene Scalia*
Matt Gregory*
Max E. Schulman*
Giuliana C. Cipollone*
Olivia R. Goldberg*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:	(202) 955-8500
Facsimile:	(202) 467-0539
escalia@gibsondunn.com
mgregory@gibsondunn.com
mschulman@gibsondunn.com
gcarozzacipollone@gibsondunn.com
ogoldberg@gibsondunn.com

*Attorneys for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America*

Tony Long (No. 0037784)*
OHIO CHAMBER OF COMMERCE
34 South Third Street, Suite 100
Columbus, OH 43215
Telephone:	(614) 228-4201

*Attorney for Plaintiff Ohio Chamber of Commerce*

Don Boyd (No. 0089180)
OHIO BANKERS LEAGUE
4215 Worth Avenue, Suite 300
Columbus, OH 43219
Telephone: (614) 340-7595

*Attorney for Plaintiff Ohio Bankers League*

John Court*
Sarah Flowers*
BANK POLICY INSTITUTE
1300 Eye Street, N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 289-4322

*Attorneys for Plaintiff Bank Policy Institute*

Thomas J. Pinder*
Andrew Doersam*
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 663-5035

*Attorneys for Plaintiff American Bankers Association*

\*Admitted *pro hac vice*
\*\*Application for admission *pro hac vice* pending

Jennifer Bandy Dickey*
Jordan L. Von Bokern**
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
Telephone: (202) 463-5337

*Attorney for Plaintiff Chamber of Commerce of the United States of America*

3