# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

BANK POLICY INSTITUTE, OHIO CHAMBER OF COMMERCE, OHIO BANKERS LEAGUE, AMERICAN BANKERS ASSOCIATION and CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,

        Plaintiffs,

  v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

        Defendant.

Case No. 2:24-cv-04300
District Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## NOTICE OF WITHDRAWAL FOR ATTORNEY MAX E. SCHULMAN

Pursuant to Rule 83.4(b) of the Local Rules for the Southern District of Ohio, Attorney Max E. Schulman hereby files this notice of withdrawal as counsel for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America. Mr. Schulman has complied with the requirements of 83.4(b), and Mr. Schulman's withdrawal will cause no delays as Plaintiffs will continue to be represented by the remaining attorneys who have entered appearances on behalf of Plaintiffs in this case.

Date: May 7, 2025

        <u>/s/ Max E. Schulman</u>

Max E. Schulman (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W., Washington, D.C. 20036
Telephone:     (202) 955-8500
mschulman@gibsondunn.com

*Withdrawing Attorney for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, a true and correct copy of the foregoing was electronically served using the Court's electronic filing system on all counsel of record.

/s/ Max E. Schulman

Max E. Schulman (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W., Washington, D.C. 20036
Telephone:     (202) 955-8500
mschulman@gibsondunn.com

*Withdrawing Attorney for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America*

3