# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BANK POLICY INSTITUTE, OHIO CHAMBER OF COMMERCE, OHIO BANKERS LEAGUE, AMERICAN BANKERS ASSOCIATION and CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>Defendant. | Case No. 2:24-cv-04300<br>District Judge Algenon L. Marbley<br>Magistrate Judge Chelsey M. Vascura |

**Joint Motion for an Extension of Time**

Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America ("Plaintiffs") and Defendant Board of Governors of the Federal Reserve System ("Defendant") **jointly and respectfully move for a two-week extension** of the deadlines for the outstanding summary-judgment briefs in this case set forth in this Court's briefing schedule order (ECF No. 36).

On May 23, 2025, the parties filed a joint motion to stay this litigation in light of anticipated regulatory actions by the Board. ECF No. 53. A stay (if entered) would suspend the current briefing schedule. In light of that motion, and to allow the Court sufficient time to decide the parties' request for a stay, the parties agree to a two-week extension of the current briefing deadlines. A short extension of the briefing schedule while the Court considers the joint motion to stay

avoids work that may prove unnecessary, thereby furthering the interests of efficiency and reducing the burdens on the Court and parties, and will allow the parties' briefs to incorporate any additional developments between now and the expiration of a stay.

The current and proposed deadlines are summarized below:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiffs' Consolidated Opposition and Reply Brief | May 27, 2025 | June 10, 2025 |
| Defendant's Reply Brief | June 17, 2025 | July 1, 2025 |

No other deadlines would be affected by this extension.  A proposed order is attached as Exhibit 1.

| | |
|---|---|
| Dated:  May 27, 2025<br>/s/ *James A. King*<br>James A. King (No. 0040270)<br>Trial Attorney<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>41 South High Street, Suites 2800 - 3200<br>Columbus, OH 43215<br>Telephone:     (614) 227-2051<br>jking@porterwright.com | Respectfully submitted,<br>/s/ *Eugene Scalia*<br>Eugene Scalia\*<br>Matt Gregory\*<br>Zachary B. Copeland\*<br>Giuliana C. Cipollone\*<br>Olivia R. Goldberg\*<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W., Washington, D.C. 20036<br>Telephone:     (202) 955-8500<br>escalia@gibsondunn.com |

*Attorneys for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America*

| | |
|---|---|
| /s/ *Joshua P. Chadwick*<br>Joshua P. Chadwick<br>    Assistant General Counsel, Trial Attorney<br>Nicholas Jabbour<br>Monika Moore<br>    Senior Counsels<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Washington, D.C.  20551<br>joshua.p.chadwick@frb.gov | Tony Long (No. 0037784)\*<br>OHIO CHAMBER OF COMMERCE<br>34 South Third Street, Suite 100<br>Columbus, OH 43215<br>Telephone:     (614) 228-4201<br><br>*Attorney for Plaintiff Ohio Chamber of Commerce*<br><br>Jennifer Bandy Dickey\*<br>Jordan L. Von Bokern\* |

2

(202) 263-4835

*Attorneys for the Board of Governors of the Federal Reserve System*

Don Boyd (No. 0089180)
OHIO BANKERS LEAGUE
4215 Worth Avenue, Suite 300
Columbus, OH 43219
Telephone:     (614) 340-7595

*Attorney for Plaintiff Ohio Bankers League*

Thomas J. Pinder*
Andrew Doersam*
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:     (202) 663-5035

*Attorneys for Plaintiff American Bankers Association*

U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
Telephone:     (202) 463-5337

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

John Court*
Sarah Flowers*
BANK POLICY INSTITUTE
1300 Eye Street, N.W., Suite 1100 West
Washington, D.C. 20005
Telephone:     (202) 289-4322

*Attorneys for Plaintiff Bank Policy Institute*

*Admitted *pro hac vice*