IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BANK POLICY INSTITUTE, et al., | : |
| Plaintiffs, | : Case No. 2:24-cv-4300 |
| v. | : Judge Algenon L. Marbley |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | : Magistrate Judge Chelsey M. Vascura |
| Defendant. | : |

**ORDER**

This matter comes before this Court on the parties' Joint Motion to Stay Proceedings. (ECF No. 53). Under the current scheduling order (ECF No. 36), Plaintiffs' consolidated opposition brief to Defendant's motion for summary judgment and Plaintiffs' reply brief in support of Plaintiffs' motion of summary judgment is due on May 27, 2025; and Defendant's reply brief in support of Defendant's motion for summary judgment is due on June 17, 2025. (ECF No. 36).

As set forth in the Joint Motion, the parties request a stay of proceedings until August 1, 2025, submitting that "[g]iven the progress that has been made to date and that the Board intends to continue to make in its forthcoming rulemaking proceedings, the parties believe that their respective resources would be better spent on those proceedings than further litigation at this time." (ECF No. 53 ¶ 5). The parties further agree that, if after meeting and conferring, they do not jointly request an extension of the stay beyond August 1, 2025, Plaintiffs will file their consolidated opposition brief to Defendant's motion for summary judgment and Plaintiffs' reply brief in support of Plaintiffs' motion of summary judgment on August 1, 2025, and Defendant will file its reply brief in support of Defendant's motion for summary judgment on August 28, 2025. (*Id.* at 1).

In the interest of conserving judicial resources should Plaintiffs' claims be resolved through the notice-and-comment process (*see id.* ¶¶ 3, 5), and given this Court's discretionary power to stay proceedings,[1] this Court hereby **GRANTS** the Joint Motion. (ECF No. 53). This Court **ORDERS** that the case be stayed until **August 1, 2025**, or until such further period as the parties jointly request by motion before that date and that this Court agrees is reasonable and appropriate. Absent an extension of the stay beyond **August 1, 2025**, the briefing schedule on the parties' motions for summary judgment (ECF No. 36) is **AMENDED** as follows: Plaintiffs' consolidated opposition and reply brief of no more than 45 pages shall be due on **August 1, 2025**, and Defendant's reply brief of no more than 30 pages shall be due on **August 28, 2025**.

    **IT IS SO ORDERED.**

DATED: May 27, 2025                 _____
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT JUDGE**

---

[1] *See Clark v. Pizza Baker, Inc.*, No. 2:18-CV-157, 2018 WL 2119309, at *2 (S.D. Ohio May 8, 2018) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.")).