IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BANK POLICY INSTITUTE,** *et al.*, | : |
| | : |
| Plaintiffs, | : Case No. 2:24-cv-04300 |
| | : |
| v. | : Judge Algenon L. Marbley |
| | : |
| **BOARD OF GOVERNORS OF** | : Magistrate Judge Chelsey M. Vascura |
| **THE FEDERAL RESERVE SYSTEM,** | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings (ECF No. 64). On October 24, 2025, the Board of Governors issued Notice of Proposed Rulemaking to revise the stress-testing framework at issue in this case. Accordingly, the parties request an extension of the stay to allow Plaintiffs to review the proposals, prepare comments, and conserve judicial resources in the event that Plaintiffs' claims are resolved through the notice-and-comment process.

For good cause shown, this Court **ORDERS** that the stay in this case be extended until **January 23, 2026**. Absent further extension of the stay beyond January 23, 2026, the briefing schedule on the parties' motions for summary judgment (ECF No. 36) is amended as follows: Plaintiffs' consolidated opposition and reply brief of no more than 45 pages shall be due by **January 23, 2026**, and the reply brief of the Board of Governors of the Federal Reserve System of no more than 30 pages shall be due four weeks after Plaintiffs file their consolidated opposition and reply brief.

**IT IS SO ORDERED.**

                                            _____
                                            **ALGENON L. MARBLEY**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  November 25, 2025**