# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

BANK POLICY INSTITUTE, OHIO CHAM-
BER OF COMMERCE, OHIO BANKERS
LEAGUE, AMERICAN BANKERS ASSOCI-
ATION and CHAMBER OF COMMERCE
OF THE UNITED STATES OF AMERICA,

              Plaintiffs,

    v.

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

              Defendant.

Case No. 2:24-cv-04300
District Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## Joint Motion To Stay Proceedings

All parties hereby jointly request that the Court stay proceedings in this matter until July 23, 2026, and for such further period as the parties jointly request by motion prior to that date and that the Court agrees is reasonable and appropriate.  If the parties, after meeting and conferring, do not jointly request an extension of the stay beyond July 23, 2026, the parties agree that Plaintiffs will file their second and final summary judgment brief by July 23, 2026, or sooner, and the Board will file its second and final summary judgment brief four weeks after Plaintiffs file their second and final summary judgment brief.

In support of their motion, the parties state the following:

1.     This is a lawsuit under the Administrative Procedure Act in which Plaintiffs, a co-alition of trade associations, challenge the current stress-testing process used by the Board of Governors of the Federal Reserve System (the "Board") in establishing certain bank capital require-ments.

2.      As the parties reported to the Court in their February Joint Motion to Set Case and Briefing Schedule, ECF No. 34; their May Joint Motion to Stay, ECF No. 53; their July Joint Motion to Stay, ECF No. 58; their September Joint Motion to Stay, ECF No. 61; and their November Joint Motion to Stay, ECF No. 64, the Board is currently "undertaking a process to revise its stress-testing framework."

3.      The Board issued its first Notice of Proposed Rulemaking (NPRM) to revise the stress-testing framework on April 17, 2025, and it received comments on that proposal.[1]  On October 24, 2025, the Board (1) issued an additional NPRM to revise the stress-testing framework, requesting comments on the stress-test models and the Board's process and policies for conducting the stress tests, including new measures designed to "enhance the transparency and public accountability of the Board's stress test framework"; and (2) requested comment on the stress-test scenarios proposed to be used in the 2026 stress tests.[2]  Comments on the stress-test scenarios proposed to be used in the 2026 stress tests  were submitted by December 1, 2025, and comments on the NPRM to revise the stress-testing framework are due by February 21, 2026.

4.      Both Plaintiffs and the Board have filed their initial summary judgment briefs and, under the current schedule, would each file a second and final brief, at the latest, on January 23 and February 20, respectively.  *See* ECF No. 65 (November 25, 2025 Order) at 1.

5.      Because the Board has now released its proposals, received public comment on the stress-test scenarios, and sought public comment on the NPRM to revise the stress-testing framework, the parties believe that their respective resources would be better spent on those proceedings

---

[1]  *See*  https://www.federalreserve.gov/newsevents/pressreleases/bcreg20250417a.htm;  90  Fed. Reg. 16,843 (April 22, 2025).
[2] *See* https://www.federalreserve.gov/aboutthefed/boardmeetings/enhanced-transparency-and-public-accountability-proposal-frn.pdf; https://www.federalreserve.gov/aboutthefed/boardmeetings/2026-scenarios-proposal-frn.pdf.

than further litigation at this time.  An extension of the stay of proceedings would allow Plaintiffs to continue to review the proposals, prepare comments, and conserve judicial resources in the event that Plaintiffs' claims are resolved through the notice-and-comment process.  And it would allow the Board to review the comments received and work on finalizing the proposals.  The Court's discretionary power to stay proceedings is clear.  *See, e.g.*, *Clark v. Pizza Baker, Inc.*, No. 2:18-CV-157, 2018 WL 2119309, at *2 (S.D. Ohio May 8, 2018) (Marbley, J.) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.")).

6.      This case was filed in December 2024, progress has already been made in moving the litigation towards a timely resolution, and the Board intends to move expeditiously to complete the proceedings described in paragraph 3 above.  Accordingly, no prejudice will result from a stay.

*     *     *

For these reasons, the parties jointly and respectfully request that the Court enter an order extending the stay in this matter until July 23, 2026, and for such further period as the parties jointly request by motion prior to that date and that the Court agrees is reasonable and appropriate. The Court should further order that absent another extension of the stay, Plaintiffs' second and final summary judgment brief shall be due by July 23, 2026, and the Board's second and final summary judgment brief shall be due four weeks after Plaintiffs file their second and final summary judgment brief.  A proposed order is attached.

3

Dated:  January 21, 2026

   /s/  James A. King
James A. King (No. 0040270)
Trial Attorney
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800 - 3200
Columbus, OH 43215
Telephone:     (614) 227-2051
Facsimile:     (614) 227-2100
jking@porterwright.com

*Attorneys for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America*


   /s/   Joshua P. Chadwick
Joshua P. Chadwick
   Assistant General Counsel, Trial Attorney
Nicholas Jabbour
Monika Moore
   Senior Counsels
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Attorneys for the Board of Governors of the Federal Reserve System*


Don Boyd (No. 0089180)
OHIO BANKERS LEAGUE
4215 Worth Avenue, Suite 300
Columbus, OH 43219
Telephone:     (614) 340-7595

*Attorney for Plaintiff Ohio Bankers League*

Respectfully submitted,

   /s/   Eugene Scalia
Eugene Scalia*
Matt Gregory*
Zachary B. Copeland*
Giuliana C. Cipollone*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:     (202) 955-8500
Facsimile:     (202) 467-0539
escalia@gibsondunn.com
mgregory@gibsondunn.com
zcopeland@gibsondunn.com
gcarozzacipollone@gibsondunn.com

*Attorneys for Plaintiffs Bank Policy Institute, Ohio Chamber of Commerce, Ohio Bankers League, American Bankers Association, and Chamber of Commerce of the United States of America*


Tony Long (No. 0037784)*
OHIO CHAMBER OF COMMERCE
34 South Third Street, Suite 100
Columbus, OH 43215
Telephone:     (614) 228-4201

*Attorney for Plaintiff Ohio Chamber of Commerce*


Jennifer Bandy Dickey*
Jordan L. Von Bokern*
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
Telephone:     (202) 463-5337

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

4

John Court*
Sarah Flowers*
BANK POLICY INSTITUTE
1300 Eye Street, N.W., Suite 1100 West
Washington, D.C. 20005
Telephone:     (202) 289-4322

*Attorneys for Plaintiff Bank Policy Institute*


Thomas J. Pinder*
Andrew Doersam*
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:     (202) 663-5035

*Attorneys for Plaintiff American Bankers
Association*

*Admitted *pro hac vice*