**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BANK POLICY INSTITUTE, *et al.*,** | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 2:24-cv-04300** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings (ECF No. 68). The parties indicate that the Board of Governors released its stress-testing framework proposals and have received public comment. (*Id.* at 2). The parties now request an extension of the stay to allow the Board time to finalize the proposals and Plaintiffs time to review the Board's issuances once they are released to consider the impact on this litigation. (*Id.* at 3).

For good cause shown, this Court **ORDERS** that the stay in this case be extended until **December 31, 2026**, and for such further period as the parties jointly request by motion prior to that date and that the Court agrees is reasonable and appropriate. Absent further extension of the stay beyond December 31, 2026, the briefing schedule on the parties' motions for summary judgment (ECF No. 36) is amended as follows: Plaintiffs' consolidated opposition and reply brief of no more than 45 pages shall be due by **December 31, 2026**, and the reply brief of the Board of

Governors of the Federal Reserve System of no more than 30 pages shall be due four weeks after Plaintiffs file their consolidated opposition and reply brief.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: July 29, 2026**